# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| DONALD MAIER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WOOD COUNTY COURTHOUSE; JUDGE ZAPPEN, Wood County; JUDGE MASON, Wood County; JUDGE POTTOR, (DA 1998); DA LAMBERT, Wood County; JUDGE FLUGAR, Portage County; JUDGE CARLSON, Taylor County; D.A. SWEIG, Clark County; DEPUTY MARK NEWMEN, Wood County; DEPUTY DAVID SADOSKI, Columbia County; DEPUTY CORY OTTO, Columbia County; CITY OF WISCONSIN RAPIDS POLICE DEPARTMENT; MAYOR GERALD BACH; POLICE INSPECTOR MIKE RUDE; OFFICER RANDY JOHNS; SGT. BRIAN KRZYKOWSKI; LT. JEFF CONRADT; OFFICER JACKIE WAITE; many more unknown named officers at this time; STATE OF WISCONSIN; GOVERNOR'S OFFICE JIM DOYLE; WISCONSIN STATE PUBLIC DEFENDER'S OFFICE; WISCONSIN JUDICIAL COMMISSIONS JAME C ALEXANDER; STANLEY CORRECTIONAL INSTITUTION; WISCONSIN DEPARTMENT OF CORRECTIONS,<br><br>　　　　Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.: 07-C-580-C |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is DISMISSED WITHOUT PREJUDICE against respondents.**

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel                                                                                          11/8/07
_____                _____
by Deputy Clerk                                                                                    Date